LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JUN MOU PENG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2: 13-CR-0050 KJM |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| JUN MOU PEN, | |
| Defendant. | |

    The United States of America, by and through AUSA Olosere Olowuyeye, and Defendant JUN MOU PENG, hereby stipulate to modify conditions of release to remove the requirement of electronic monitoring. Defendant JUN MOU PENG has surrendered his passport and Pretrial Services Officer Renee Busurto has no objection to the proposed modification. Ms. Busurto recommends, and the parties agree to, the following new conditions of release:

    1.    You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

    2.    You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

Modification of Release Conditions

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana prescribed or not, may not be used;

8. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

9. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

10. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

11. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer.  You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

12. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer; and,

13. You shall not associate or have any contact with any co-defendants in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

Dated: April 30, 2013                                  Respectfully submitted,


                                                 /s/ Chris Cosca
                                                 CHRIS COSCA
                                                 Attorney for Defendant,
                                                 JUN MOU PENG


                                                 /s/ Olusere Olowoyeye
                                                 OLUSERE OLOWOYEYE
                                                 Assistant United States Attorney


## ORDER

**IT IS SO ORDERD.**

**Date: 5/1/2013**


                                         _____
                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE