LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JUN MOU PENG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2: 13-CR-0050 KJM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| JUN MOU PEN, | |
| Defendant. | |

At the request of Pretrial Services, the parties hereby stipulate to modify Defendant JUN MOU PENG'S conditions of release as follows:

Condition #7 currently reads:

You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used.

Modification of Release Conditions

Condition #7 shall be changed to:

> You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.

**SO STIPULATED.**

Dated:  February 16, 2016         /s/ Chris Cosca
                                  CHRIS COSCA
                                  Attorney for Defendant,
                                  JUN MOU PENG


                                  /s/ Christian Highsmith
                                  CHRISTIAN HIGHSMITH
                                  Assistant United States Attorney


**<u>ORDER</u>**

**IT IS SO ORDERD.**


Dated: February 16, 2016

                                  ALLISON CLAIRE
                                  UNITED STATES MAGISTRATE JUDGE